170 A.3d 329

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. ROGER HOWARD, DEFENDANT-PETITIONER.

September 11, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-005705-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 330

NORTH JERSEY MEDIA GROUP INC., PLAINTIFF-PETITIONER,
v. TOWNSHIP OF NUTLEY, EVELYN ROSARIO, RMC, CMC, IN HER CAPACITY AS OPRA CUSTODIAN FOR THE TOWNSHIP OF NUTLEY, ESSEX COUNTY PROSECUTOR'S OFFICE, AND DEBRA G. SIMMS, [DEPUTY CHIEF ASSISTANT PROSECUTOR], IN HER CAPACITY AS OPRA CUSTODIAN FOR ESSEX COUNTY PROSECUTOR'S OFFICE, DEFENDANTS-RESPONDENTS.

September 11, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003483-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.